IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| KIANESE PENNIX | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) |
| | ) |
| KEITH DONLEY | ) |
| | ) |
| and | ) Case No. |
| | ) |
| JOHN DOE | ) |
| | ) |
| and | ) |
| | ) |
| MERCER TRANSPORTATION COMPANY INC. | ) |
| | ) |
| *Defendants.* | |

## NOTICE OF REMOVAL

Defendants Keith Donley ("Donley") and Mercer Transportation Company Inc. ("Mercer"), by counsel, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby remove to this Court the state court action described below, which was filed in the Circuit Court for the City of Hampton, Virginia. As grounds for removal, Defendants state as follows:

1. On or about June 25, 2022, Plaintiff Kianese Pennix filed Case No. CL24000182-00 in the Circuit Court for the City of Hampton, Virginia. A Summons and copy of the Complaint were served on the Virginia Department of Motor Vehicles on or about March 5, 2024, for Mercer and Donley as nonresident defendants pursuant to Va. Code. § 8.01-308. The Summonses issued to each Defendant and a copy of the Complaint are attached collectively as **Exhibit A**.

2. Defendant Mercer is an Indiana corporation with its principal office in Louisville, Kentucky. Mercer is not a citizen of the Commonwealth of Virginia.

3. Defendant Donley is a Michigan resident.

4. According to Plaintiff's Complaint, Defendant John Doe is a resident of Louisville, Kentucky.[1]

5. Plaintiff is a Virginia resident.

6. Plaintiff seeks $3,000,000.00 as set out in the *ad damnum* of her Complaint.

7. The Court has diversity jurisdiction over the action, pursuant to 28 U.S.C. § 1332, because (1) complete diversity of citizenship exists between the parties, and (2) the amount in controversy exceeds $75,000.00, exclusive of costs and interest.

8. Venue is proper in this Court, pursuant to 28 U.S.C. § 1441(a), because the underlying action is pending in a Virginia state court embraced within the district and division of the Court. However, pursuant to 28 U.S.C. § 1391, the Norfolk Division of the United States District Court for Eastern District of Virginia is the proper venue for this matter should be forwarded there pursuant to the Local Rule 3(C) for the United States District Court for the Eastern District of Virginia.

9. Defendants Donley and Mercer timely filed their and Objection to Venue and Motion to Dismiss for Improper Venue, Demurrer, and Answer to Plaintiff's Complaint, which are attached hereto as **Exhibit B**.

---

[1] At this time, Defendants are unable to confirm whether John Doe is even a proper party to this action. The accident at issue involved only two vehicles—Defendant Donley's and Plaintiff's. Accordingly, the citizenship of John Doe may be a moot issue.

10. This removal is timely, pursuant to 28 U.S.C. § 1446(b)(1), because this notice is filed within thirty (30) days after service of the Summons and Complaint on Defendants Donley and Mercer.

11. Pursuant to 28 U.S.C. § 1446(d), contemporaneous with this filing, Defendants will notify and file a copy of this Notice with the Clerk for the Circuit Court for the City of Hampton. A copy (pleading only) is attached hereto as **Exhibit C**.

WHEREFORE, Defendants Keith Donley and Mercer Transportation Company Inc., by counsel, respectfully remove this case from the Circuit Court for the City of Hampton to the United States District Court for the Eastern District of Virginia, Newport News Division.

Dated: April 3, 2024.

Respectfully submitted,

**KEITH DONLEY AND MERCER TRANSPORTATION COMPANY INC.**

By: /s/ Nia E. White
      Of Counsel

Ashley W. Winsky (VSB No. 79224)
Nia E. White (VSB No. 98455)
GENTRY LOCKE
P. O. Box 780
Richmond, Virginia 23218
Telephone: (804) 956-2060
winsky@gentrylocke.com
nwhite@gentrylocke.com

*Counsel for Keith Donley and Mercer Transportation Company Inc.*

## CERTIFICATE OF SERVICE

I electronically filed the foregoing with the clerk of the court for the United States District Court for the Eastern District of Virginia on this 3rd day of April, 2024 using the CM/ECF system, which will send notification of such filing (NEF) to all CM/ECF registered attorneys on the NEF, including:

Solomon H. Ashby, Jr., Esq. (VSB No. 39040)
John D. McIntyre (VSB No. 35925)
McIntyre Stein & Ashby, PPLC
150 Bous Street, Suite 401
Norfolk, Virginia 23510
Tel: (757) 961-3900
Fax: (757) 961-3966
sashby@ms.law
jmcintyre@msa.law

*Counsel for Plaintiff*

        /s/ Nia E. White
Ashley W. Winsky (VSB No. 79224)
Nia E. White (VSB No. 98455)
GENTRY LOCKE
P. O. Box 780
Richmond, Virginia 23218
Telephone: (804) 956-2060
winsky@gentrylocke.com
nwhite@gentrylocke.com

*Counsel for Keith Donley and
Mercer Transportation Company Inc.*