IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

KIANESE PENNIX,

    Plaintiff,

v.                                          Civil Action No. 4:24-cv-00057

KEITH DONLEY, *et al.*,

    Defendant.

## **FINAL ORDER**

On August 29, 2024, the parties filed a Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 9. The Court acknowledges this voluntary dismissal is WITH PREJUDICE, with each party to bear its own costs and attorneys' fees, and DIRECTS the Clerk to close this case.

The Clerk is directed to send an electronic copy of this Order to all counsel of record and to mail a copy of this Order to *pro se* Plaintiff Kianese Pennix at her address of record.

It is SO ORDERED.

                                                      /s/
                                        Elizabeth W. Hanes
                                        United States District Judge

Newport News, Virginia
Date: August 30, 2024